```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 04 B 15512
   GENE DAVID GROAT
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-0190


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/20/04 and confirmed on 06/25/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   96712.57 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
-----------------------------------------------------------------------
BANK OF AMERICA NA       CURRENT MORTG    74836.99           .00         74836.99
BANK OF AMERICA NA       MORTGAGE ARRE     9462.03           .00          9462.03
RESURGENT CAPITAL SERVIC UNSECURED          810.17           .00            81.02
CAPITAL ONE FINANCIAL    UNSECURED          826.62           .00            82.66
CHRYSLER FINANCIAL SVC A UNSECURED        25016.97           .00          2501.70
DENTAL CLINIC            UNSECURED        NOT FILED          .00              .00
NORTHERN ILLINOIS COLLEC UNSECURED        NOT FILED          .00              .00
NORTHERN ILLINOIS COLLEC UNSECURED        NOT FILED          .00              .00
HOME DEPOT CREDIT SERVIC UNSECURED        NOT FILED          .00              .00
RETAILERS NATIONAL BANK  UNSECURED          584.12           .00            58.41
NORTHERN ILLINOIS COLLEC UNSECURED        NOT FILED          .00              .00
RICHARD MITTLEMAN        UNSECURED        NOT FILED          .00              .00
WORLDWIDE ASSET PURCHASI SECURED              .00            .00              .00
MORGAN MITTELMAN & RAPIN UNSECURED        NOT FILED          .00              .00
BANK OF AMERICA NA       COST OF COLLE     150.00            .00           150.00
WORLDWIDE ASSET PURCHASI UNSECURED       10367.99            .00          1036.80
         Summary of disbursements:
-----------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED     OTHER         TOTAL

TOTAL CLMS ALLOWED  84299.02     150.00    37605.87       .00      122054.89
PRINCIPAL PAID      84299.02     150.00     3760.59       .00       88209.61
INTEREST PAID            .00        .00         .00       .00            .00
TOTAL PAID          84299.02     150.00     3760.59       .00       88209.61
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $    2700.00
and was paid $    2700.00 .

The Trustee received $    4211.45 .

Refunds to the Debtor totaled $    1591.51 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                           /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 15512 GENE DAVID GROAT